**AO 450 (Rev. 5/85)  Judgment in a Civil Case**

===================================================================================

# United States District Court

## District of Vermont

| | |
|---|---|
| MARTIN TRAVERSE | : |
|  Plaintiff, | : |
|  | : **JUDGMENT IN A CIVIL CASE** |
|  v. | : |
|  | : CASE NUMBER: 2:04-CV-84 |
| GENERAL ELECTRIC COMPANY | : |
|  Defendant. | : |

<u>     </u> **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

<u> X </u> **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Opinion and Order on the Motion for Summary Judgment (Paper No. 32) filed September 6, 2006, defendant General Electric Company's Motion for Summary Judgment (Paper No. 21) is GRANTED.  Counts One through Four are dismissed. Accordingly, the demand for punitive damages is dismissed as well. JUDGMENT is hereby entered for defendant General Electric Company against plaintiff Martin Traverse.

|  |  |
|---|---|
|  |  RICHARD PAUL WASKO |
| Date:  September 8, 2006 | Clerk |
|  |  |
|  | /s/ Joanne A. Muir |
|  | (By) Deputy Clerk |
|  |  |
|  | Judgment Entered on Docket |
|  |      Date: <u>September 8, 2006</u> |